# *Memorandum*

2:23-cr-00521-FMO



FILED
CLERK, U.S. DISTRICT COURT

10/25/2023

CENTRAL DISTRICT OF CALIFORNIA
BY: ___JB___ DEPUTY

Subject:
United States v. NAASON JOAQUIN GARCIA

Date:
October 24, 2023

To:
**KIRY K. GRAY**
Clerk, United States District Court
Central District of California

From:
CATHARINE A. RICHMOND
Assistant United States Attorney
Criminal Division

The above-referenced matter, being filed on October 25,

- Relates to (1) a matter that was pending in the USAO on or before January 13, 2023, the date the Honorable Stephanie S. Christensen resigned from her position as the First Assistant United States Attorney for the Central District of California; or (2) a matter in which Stephanie S. Christensen was personally involved or about which she was personally consulted while employed in the USAO (between April 2008 and July 2023).

_____
CATHARINE A. RICHMOND
Assistant United States Attorney